# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., an individual, and TERRA HIESHETTER, an individual,<br><br>    Plaintiffs,<br>v.<br><br>FAVRO, INC., dba HOME & SOUL; FAVRO, INC.; SAM S. AZZU and GHISOON M. AZZU, *et al.*,<br><br>    Defendants. | Case No. 06-CV-00534-JM<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |

Based upon plaintiffs' Motion for Voluntary Dismissal (Docket No. 3),

IT IS HEREBY ORDERED that all defendants are dismissed with prejudice from plaintiffs' complaint, and plaintiffs' complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

DATED:  May 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06CV00534